**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6812**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOVENETO MONZELLO TINSLEY, a/k/a Jo Jo,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Rock Hill. Matthew J. Perry, Jr., Senior District Judge. (CR-98-111, CA-99-2882-10)

---

Submitted: November 30, 2000          Decided: January 5, 2001

---

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Joveneto Monzello Tinsley, Appellant Pro Se.  William Kenneth Witherspoon, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. Local Rule 36(c).

PER CURIAM:

Joveneto Monzello Tinsley seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Tinsley, Nos. CR-98-111; CA-99-2882-10 (D.S.C. May 22, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED